IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STEPHEN MARK MCDANIEL, ) | |
| ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:22-CV-198 (MTT) |
| ) | |
| WARDEN ANNETTIA TOBY, ) | |
| ) | |
| ) | |
| Respondent. ) | |
| ) | |

## ORDER

Federal Rule of Evidence 201 permits a court to "judicially notice a fact that is not subject to reasonable dispute because it ... can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). State court records of an inmate's postconviction proceedings generally satisfy this standard. *Paez v. Sec'y, Fla. Dep't of Corr.*, 947 F.3d 649, 651 (11th Cir. 2020) (affirming district court's judicial notice of online state court dockets); *Cunningham v. Dist. Att'y's Office*, 592 F.3d 1237, 1255 (11th Cir. 2010) (taking judicial notice on appeal of state and federal court proceedings in which the petitioner attacked his conviction).

The Court takes judicial notice of the court dockets in McDaniel's state habeas proceedings. Specifically, the Court takes judicial notice of the date McDaniel's motion for reconsideration (November 12, 2020) and motion to stay the remittitur (December

-2-

18, 2020) were filed with the Georgia Supreme Court[1] and the date the Richmond County Superior Court received the notice of remittitur (January 7, 2021).[2]

The parties have **FOURTEEN (14) DAYS** from the date of this order to object to these judicially noticed facts.

**SO ORDERED**, this 22nd day of November, 2022.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] These records can be located by searching case number S20H0313 on the Georgia Supreme Court Clerk's website at https://www.gasupreme.us/docket-search/. For the parties' convenience, a screenshot of the Georgia Supreme Court docket is attached.

[2] This record can be located by searching case number 2018RCHM00002 on the Richmond County Superior Court Clerk's website at https://cocaugustaga.com/mainpage.aspx. For the parties' convenience, a screenshot of the Richmond County Superior Court docket is attached.